

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2020

No. 04-20-00067-CV

**IN RE MARTY, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Irene Rios, Justice
                Beth Watkins, Justice

On January 30, 2020, relator filed a petition for writ of mandamus and a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is denied as moot. This court's opinion will issue at a later date.

It is so **ORDERED** on January 31, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI03051, styled *Myron L. Evans v. Marty Inc.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.